UNITED STATES DISTRICT COURT

EASTERN                    **District of**                    CALIFORNIA

| | |
|---|---|
| MARCELINO MENDEZ,<br>　　　　　Plaintiff<br><br>　　　V.<br><br><br>COMMISSIONER of SOCIAL SECURITY,<br>　　　　　Defendant | **ORDER ON APPLICATION**<br>**TO PROCEED WITHOUT**<br>**PREPAYMENT OF FEES**<br><br><br><br>CASE          1:11-AT-00286 |

　　　Having considered the application to proceed without prepayment of fees under 28 USC §1915;

　　　IT IS ORDERED that the application is:

X   GRANTED.

　　　X   The clerk is directed to file the complaint.

　　　X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a
　　　copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.  All
　　　costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this ____16ᵗʰ____ day of _____May_____, ___2011___ .

_____
　　　　　/s/ Sandra M. Snyder
　　　　　Signature of Judicial Officer

SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
　　　Name and Title of Judicial Officer