1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney
5
       333 Market Street, Suite 1500
6      San Francisco, California  94105
       Telephone:  (415) 977-8977
7      Facsimile:  (415) 744-0134
       E-Mail: Lynn.Harada@ssa.gov
8
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| MARCELINO MENDEZ, ) | CIVIL NO.: 1:11-cv-00797-SMS |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXTEND TIME |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time until January 14, 2012, to respond to Plaintiff's confidential letter brief.  Defense Counsel needs additional time to further review the file and prepare a response in this matter.

   //

1   The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

2

3                                              Respectfully submitted,
4   Dated: December 19, 2011                   /s/ *Young Cho*
                                                (As authorized via e-mail)
5                                               YOUNG CHO
                                                Attorney for Plaintiff
6

7
    Dated: December 19, 2011                   BENJAMIN B. WAGNER
8                                               United States Attorney
                                                DONNA L. CALVERT
9                                               Acting Regional Chief Counsel, Region IX
10                                              Social Security Administration

11                                    By       */s/ Lynn M. Harada*
                                                LYNN M. HARADA
12                                              Special Assistant United States Attorney

13

14

15

16
    IT IS SO ORDERED.
17
    **Dated:    December 21, 2011**                    /s/ **Sandra M. Snyder**
18                                              UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28