1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney
5
        333 Market Street, Suite 1500
6       San Francisco, California  94105
        Telephone:  (415) 977-8977
7       Facsimile:  (415) 744-0134
        E-Mail: Lynn.Harada@ssa.gov
8
9  Attorneys for Defendant

10                     UNITED STATES DISTRICT COURT

11                     EASTERN DISTRICT OF CALIFORNIA

12                            **FRESNO DIVISION**

13

14  MARCELINO MENDEZ,              )    CIVIL NO.: 1:11-cv-00797-SMS
                                   )
15        Plaintiff,                )    STIPULATION AND ORDER
                                   )    TO EXTEND TIME
16                                 )
            v.                     )
17                                 )
    MICHAEL J. ASTRUE,             )
18  Commissioner of                )
19  Social Security,               )
                                   )
20        Defendant.               )
                                   )
21  _____)

22

23       IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

24  record, that Defendant shall have a first extension of time until January 14, 2012, to respond to

25  Plaintiff's confidential letter brief.  Defense Counsel needs additional time to further review the file and

26  prepare a response in this matter.

27
    //
28

1 | The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|  |  |
|---|---|
| Dated: December 19, 2011 | Respectfully submitted,<br>/s/ *Young Cho*<br>(As authorized via e-mail)<br> YOUNG CHO<br>Attorney for Plaintiff |
| Dated: December 19, 2011 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
|  | By   */s/ Lynn M. Harada*<br>LYNN M. HARADA<br>Special Assistant United States Attorney |

IT IS SO ORDERED.

**Dated:   December 21, 2011**          /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE