BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California  94105
    Telephone:  (415) 977-8977
    Facsimile:  (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| MARCELINO MENDEZ,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | Case No.: 1:11-cv-00797-SMS<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to further evaluate Plaintiff's work as a delivery driver and determine whether it constituted past relevant work.  If the case proceeds to step five, the ALJ should consider Plaintiff's language ability and determine whether the Medical-Vocational Guidelines direct a finding of disabled, and

Stip. & Prop. Order for Remand:1:11-cv-00797-SMS    1

if not, whether jobs exist in significant numbers in the national economy that Plaintiff can perform.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Date: January 31, 2012          /s/ *Young Cho*
                                (As authorized by email on 1/30/12 at 1:36 p.m.)
                                YOUNG CHO
                                Attorney for Plaintiff

Date: January 31, 2012          BENJAMIN B. WAGNER
                                United States Attorney
                                DONNA L. CALVERT
                                Acting Regional Chief Counsel, Region IX
                                Social Security Administration

                         By     /s/ *Lynn M. Harada*
                                LYNN M. HARADA
                                Special Assistant U.S. Attorney
                                Attorneys for Defendant

ORDER

IT IS SO ORDERED.

**Dated:   February 1, 2012**          /s/ **Sandra M. Snyder**
                                UNITED STATES MAGISTRATE JUDGE