Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Marcelino Mendez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELINO MENDEZ, | Case No.: 1:11-cv-00797-SMS |
| Plaintiff, | STIPULATION AND **ORDER** FOR THE AWARD AND PAYMENT OF |
| vs. | ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| Defendant. | |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Marcelino Mendez be awarded attorney fees and expenses in the amount of one thousand six hundred dollars ($1,600.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. §

-1-

1  2412(d).  This amount represents compensation for all legal services rendered on
2  behalf of Plaintiff by counsel in connection with this civil action, in accordance
3  with 28 U.S.C. §§ 1920; 2412(d).
4      After the Court issues an order for EAJA fees to Marcelino Mendez, the
5  government will consider the matter of Marcelino Mendez's assignment of EAJA
6  fees to Young Cho.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2252-2253
7  (2010), the ability to honor the assignment will depend on whether the fees are
8  subject to any offset allowed under the United States Department of the Treasury's
9  Offset Program.  After the order for EAJA fees is entered, the government will
10 determine whether they are subject to any offset.
11     Fees shall be made payable to Marcelino Mendez, but if the Department of
12 the Treasury determines that Marcelino Mendez does not owe a federal debt, then
13 the government shall cause the payment of fees, expenses and costs to be made
14 directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment
15 executed by Marcelino Mendez.  Any payments made shall be delivered to Young
16 Cho.
17     This stipulation constitutes a compromise settlement of Marcelino Mendez's
18 request for EAJA attorney fees, and does not constitute an admission of liability on
19 the part of Defendant under the EAJA.  Payment of the agreed amount shall
20 constitute a complete release from, and bar to, any and all claims that Marcelino
21 Mendez and/or Young Cho including Law Offices of Lawrence D. Rohlfing may
22 have relating to EAJA attorney fees in connection with this action.
23     Young Cho reserves the right to contend that any non-payment caused by
24 the collection of a federal debt owed by Marcelino Mendez violates 31 C.F.R. §
25 285.5(e)(5) and *Morrison v. C.I.R.*, 565 F.3d 658, 667 (9th Cir. 2009).  Nothing in
26 this stipulation shall be construed as an admission by Young Cho that the

1 Government has the right or authority to offset the fees due and payable pursuant
2 to this stipulation.
3      This award is without prejudice to the rights of Young Cho and/or Lawrence
4 D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b),
5 subject to the savings clause provisions of the EAJA.

6 DATE: March 27, 2012          Respectfully submitted,

7                               LAW OFFICES OF LAWRENCE D. ROHLFING

8                                    /s/ *Young Cho*
                               BY:_____
9                                    Young Cho
10                                   Attorney for plaintiff Marcelino Mendez

11 DATE:  March 27, 2012         BENJAMIN B. WAGNER
                                 United States Attorney
12

13                                   /s/ *Lynn M. Harada*

14                              _____
                                Lynn M. Harada
15                              Special Assistant United States Attorney
                                Attorneys for Defendant Michael J. Astrue,
16                              Commissioner of Social Security
                                (Per e-mail authorization)
17

18

19                              **ORDER**

20

21

22 IT IS SO ORDERED.

23   Dated:   **March 27, 2012**                 **/s/ Sandra M. Snyder**
24                                              UNITED STATES MAGISTRATE JUDGE

25

26